UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


PAUL WESLEY JOHNSON,

    Plaintiff,

v.                                          3:04-cv-459

HOWARD GREENLEE,

    Defendant.


## MEMORANDUM AND ORDER

This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. The case is presently scheduled for a jury trial on May 4, 2006. Based upon the original scheduling order, the deadline for completion of discovery was June 22, 2005. The defendant moves to extend that deadline to March 1, 2006, to allow him to take the deposition of a witness recently returned from Iraq. The motion [Court File No. 25] is **GRANTED**. The deadline for discovery is **EXTENDED** until March 1, 2006.

    **E N T E R:**

                                                          s/ Leon Jordan
                                                United States District Judge